IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JAMES WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTION CARE SOLUTIONS,<br>Emiley Waltman, LPN; and<br>LANCASTER COUNTY<br>DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | 8:17CV14<br><br>**MEMORANDUM<br>AND ORDER** |

On March 20, 2017, the court ordered Plaintiff to file an amended complaint by April 19, 2017, or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge